# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| JOSEPH C. AUSTIN | CIVIL ACTION |
|---|---|
| VERSUS | NO. 16-8059 |
| JASON KENT, WARDEN | SECTION "E"(2) |

## O R D E R

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Joseph C. Austin's Motion for Stay and Abeyance (Rec. Doc. No. 23) is **DENIED**.

**IT IS FURTHER ORDERED** that Austin's petition for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 is **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana this 31st day of August, 2017.

_____
UNITED STATES DISTRICT JUDGE